UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON L. NELSON, (#232162) and
JAMES MICHAEL STRAIGHT (#211863),

        Plaintiff[s],

v.

        Case Number 03-10116
        Honorable David M. Lawson

STEVEN GOWDY,

        Defendant[s].
_____/

## ORDER OF DISMISSAL

On October 5, 2006, the Court was notified by letter that the parties had amicably resolved this matter.

Accordingly, it is **ORDERED** that the complaint is **DISMISSED** with prejudice and without costs. Either party may apply to reopen this matter on or before **November 13, 2006** to enforce any settlement agreement.

        s/ David M. Lawson
        DAVID M. LAWSON
        United States District Judge

Dated: October 11, 2006

---

**Proof of Service**

I hereby certify that this notice was electronically filed, and that counsel of record was served on this date, and the In Pro Per parties were mailed a copy via U.S. mail.

        s/Felicia M. Moses
        FELICIA M. MOSES

Dated: October 11, 2006